## UNITED STATES DISTRICT "MOTHER" COURT

| | |
|---|---|
| THE PEOPLE,<br>*d/b/a* JOHNNY ARCO, *SUI JURIS*<br><br>℅ REASON, LOGIC & LAW<br>151 1ST AVE #270<br>NEW YORK, NY 10003<br>REASONLOGICLAW@GMAIL.COM<br>(202) 643-LAW<br><br>℅ CHIEF MAESTRO CHAVEN,<br>CONCERT MASTER, AFM LOCAL 802,<br>RECORDING PRESS 2<br>322 W. 48TH ST<br>NEW YORK, NY 10036<br>CHIEFM@3STRO.COM<br>(302) 566-5672<br><br>℅ @RTSMEDIAINK, P. GRANT<br>3839 MCKINNEY AVE<br>SUITE 155-276<br>DALLAS, TX 75204<br>ARTSMEDIA.INK@GMAIL.COM<br>(702) 706-ARTS | ℅ O. PEREZ,<br>SUMMIT LIGHTHOUSE<br>4140 SANTA MARIA DRIVE<br>KISSIMMEE, FL 34741<br>ABHAYESHUAH@GMAIL.COM<br>(347) 299-4321<br><br><br>℅ J. BISHOP, CCLN<br>924 G ST. NW,<br>WASHINGTON, DC 20004<br>CCLN@CC-DC.ORG<br>(202) 772-4300 |

### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PEOPLE. . .<br>proceeding anonymously under Chief Maestro, *d/b/a* Reason, Logic & Law, *et al.* v. Sgt. Finney; *et al.* 1:19-cv-4109 (LLS) Doc. 3 ORDER TO AMEND, John Doe v. The People of California, *et al.* CV 19-3251-DSF (KK) Doc. 11 ORDER DISMISSING COMPLAINT W/ LEAVE TO AMEND, and People #1, doing business as Juana doe Numera Una, Appellant v. Education Media Pharmaceuticals; United States Copyright Office; Social Sevices [sic] Jails Hospitals; John/Jane DOE 1-9 No. 19-3752 DCO-044 __ORDER__ (3d. Cir. 2020). . . . | Docket No.<br><br>2020-CV-_____ (LAP) (GWG)<br><br>**COMPLAINT**<br>under the Civil Rights Act; 42 U.S.C. 1981, 1983, Chap. 119, 112 (transferred), 110; Victim Rights & Restitution Act & Crime Control Act of 1990; 18 U.S.C. 1964(c); [e-Copyright] Administrative Procedure Act; & U. S. Constitution enmiendas UNO, QUATRO, CINCO, SEIS, OCHO, TRECE, CATORCE, y QUINCE; w/ State Piggyba[n]k Claims of Negligence, Extortion, Fraud, Defamation, Unjust Enrichment & Breach of Contract, *inter alia.* |

### UNITED STATES DISTRICT "MOTHER" COURT

| | |
|---|---|
| *d/b/a* JOHNNY ARCO, SUI JURIS<br>    *Pro se* Peontiff *in forma pauperis,*<br><br>-against-<br><br>SCOTT M. RUDES, PATRICK LYNN, their *state actors:* Frankie Brown, "Sticks & Stones" Morris; & their associates: JOHN DOES 1-9; JANE DOES 1-9; *et al.*<br>                Conditionant(s). | *(To be liberally construed and interpreted to raise the strongest claims suggested.)* |

Peontiff ("the People") alleges:

The People doing business as JOHNNY ARCO first met Rudes/Lynn in New York City while working to credit & establish FAER Foundation, Inc. d/b/a Fine Arts Education Reform.

### Qui facit alium facit per se.

*Whatever act you by another do*
*the law will hold*
*that act was done by you.*

Without due process of law, Rudes/Lynn ("Conditionant(s)"), using state actors, along with their associations. . . deprived the People, among countless others, life, liberty, and property. They used private property of the People publicly and without any compensation. . . . leaving the People insecure in their persons (*i.e.* Travis "Billy Bob" Evett, *et al.*), houses, papers, and effects by means of unreasonable searches and seizures without probable cause or reasonable suspicion and unsupported by oath or affirmation particularly describing the property ceased/used, namely *musical instruments and compositions*, among other things, and preventing petition of grievances in violation of the 1st, 4th, 5th, 6th, 8th, 13th, 14th, 15th enmiendas.

### In omnibus fere minore aetati succurritur.

*To persons of non-age the law delights*

*to show its favors, and protect their rights.*

UNITED STATES DISTRICT "MOTHER" COURT

## BACKGROUND NARRATIVE

The People were first introduced to Lynn's work when they were a child and student at one of Rude's Arts Schools Network schools. artsschoolsnetwork.org/about-asn. Lynn produced a program featuring their classmate, Nidia Caminero (who was not of age), and her vocal performances/records, made to appear as a legitimate initial audition on one of his productions and according to her "never informed her that she was being filmed in a '*reality* series'". *See* Accompanying [sic] Brief Memorandum of Law RECEIVED 2020 FEB 24 PM 4:00 CLERK'S OFFICE U.S. COURT OF APPEALS COUNTER 1 & CLERK U.S. DISTRICT COURT NORTHERN DIST. OF TX FILED 2020 MAR -4 PM 4:35. Page 25 of 52 quoting *Wisdom v. FM Bank*, 167 F.3d 402, 408 (8th Cir. 1999) (holding that the Hobbs act prohibits interference with commerce by threats of violence but does not create a private right of action), *and* **E.[-]Involuntary Servitude Claims** page 31 of 52. Ms. Caminero recently called the People in distress stating she had been subjected to involuntary civil commitment and that she was being forced to defend the custody of her children. The pattern of the People's classmates appearing "without pay, under some form of coercion other than [their] financial needs. . ." in Lynn's productions continued the following year when Olivia Mojica was featured as a "wild card" showcasing her vocal performances/records. Shortly after she arrived in New York, and had became of age, her childhood work with Lynn was rebranded unbeknownst to her and distributed globally under the title "AMERICAN POR[Z sic] IDOL" which appears to be wholly-owned by a "British" enterprise associated with, and granting rights unlawfully to, FOX. *See* Fremantle.

When the People met Rudes at the ASN conference, held in Manhattan at the New School, they were persuaded to work with Rudes because he had obtained the Principal title at the People's alma mater high school and told the People that he was currently working on a project with the middle "feeder" school (which is another school that the People graduated from). The People, while coerced to work without pay... taught, performed and composed with Ramon Rodriguez under Rudes' administration on two occasions spanning nearly three years. They recognized Lynn & Rudes' scheme, & their "copyright transfer plan". The pattern intended to, and that effectively did, cause the People to know that if they didn't continue serving in such condition that their hand would be broken, they would be arrested, and

## UNITED STATES DISTRICT "MOTHER" COURT

that Scott Rudes and Patrick Lynn would cause the children of the nationwide Art Schools Network to continue to suffer serious harm, including imposed mental illness and chemical addiction ("M.I.C.A.") , physical restraint including involuntary civil commitment, and further abuse of the legal procedure became clear. As such, the People doing business as JOHNNY ARCO, among others as well as under their natural title(s), continue their term of servitude that began in their youth, without pay or just compensation, and Rudes and Lynn knowingly and willfully hold them to the condition to this day.

### **Actus me invito factus, non es meus actus**.

*Whatever act is done against my will,*
*Not being my act,--the law declares it ill.*

Rudes and Lynn have effectively promoted themselves indeed, in media and in the ASN and AGM, LLC associations/enterprises by securing young artists', writers' and inventors', and the People's intellectual & real property to people and states of California/Texas, *et al*., "the Art Schools Networks[,] and Apollo Global Management gangsters and directorates[, remotely, and Overseas. And by, h]aving officers deprive rights of educators who are enabling the students with knowledge of intellectual property and intellectual structures and imposing civil disabilities on them." Rudes was treasurer of ASN when he first met the People. . .  and since the breaking of their hand, taking their musical instrument(s) for public use without just compensation or due process of law, and aiding in transferring *additional* underage students' performances and records to Fremantle/AGM. . . . Rudes has progressed to vice-president, and now president of the Art Schools Network while the People continue to be placed at a disadvantage and not receive credit. Lynn appears to have been granted a new station and "STARMAKER/ENDEMOL" brand, notwithstanding his production being cancelled on FOX and going bankrupt. https://youtu.be/VfxH5k1Cvo4 https://youtu.be/Aj4o3p5BG2c

### **Nullus commodum capere potest de injuria sua propria**.

*If man does willfully a wrong commit,*
*From thence he shall derive no benefit.*

UNITED STATES DISTRICT "MOTHER" COURT

**HEIGHTEN CHARLATAN PLEADING** (FIRST *PRO SE* ATTEMPT WHILE DISABLED)

1. On Oct. 16, 2016, Rudes intentionally lied to state actors stating "JOHNNY ARCO had broken into the ASN National convention the past two years and was attempting to break in again next week." Those statements are fraudulent because JOHNNY ARCO never broke into the ASN National Convention, nor attempted to break in the following week, and was indeed invited. Further, Rudes made these statements to take the precaution to veil his misuse of authority and wrongs in the form of an official act.

2. Over the weeks prior to the 2016 ASN convention, Rudes instructed state actors to break JOHNNY ARCO's hand and compose false reports stating that Ramon Rodriguez told them that JOHNNY ARCO was a "stage name". JOHNNY ARCO is not a stage name. And, Rodriguez confirmed recently that he never said that to the actors. Rudes was making the fraudulent statements with the malicious intent to conspire with the unauthorized, global, media distributions made by broadcasting corporations, FOX, Fremantlemedia, and the BBC, *et al.*, in order to defame the People and provoke "tat[tooed mental, state, actors whom int]end[ ]the rationing of justice. . ." See bit.ly/ican-global

3. Rudes used state actors to seize "LESTAT", a white violin that was property of the People, coerced Carolyn Reitz to enter involuntary servitude, instructing her to place it in the home of innocent non-parties prior to the ASN 2016 convention, which she did.

4. Lynn omitted having first met the People in New York City, and having established contacts with the USPTO and people of the Eastern District of Virginia, in order to have a defaulted action transferred to California, his home venue, where Lestat was taken and never returned.

**Re: JOHN DOES 1-9; JANE DOES 1-9;** *et al.*

Please enlist the aid of the cities in order to identify and serve people believed to be individuals or entities that infringe rights described in detail above, either as independent contractors, suppliers, agents, servants or employees of the known conditionants, or entered into a conspiracy and agreement with them to perform these acts, for financial gain and profit, in violation of protected rights? The People requests leave of Court to amend this complaint to set forth the true names, identities, and capacities of the Does upon ascertaining the same.

## UNITED STATES DISTRICT "MOTHER" COURT

## CLOSING PRAYER

WHEREFORE, the People pray for relief as follows:

1. That the court incorporate by reference:
   a. all relief sought, and facts appearing to support a plausible claim that condemns mal-conditionants for the misconduct alleged in this complaint;
   b. as well as any demonstrations of the People's entitlement to relief, and
   c. any valid basis for awards. . . .
   taken from the hyperlinked authorities and their citations at bit.ly/incorpbyref.
2. That the court find that Scott Rudes', Patrick Lynn's and their consorts acts constitute maximum infringement under Federal and State law.
3. That Rudes & Lynn be ordered to perform corrective advertising to alleviate the confusion and other harmful effects caused by their illegal acts;
4. That they pay plaintiff punitive damages for their intentional and willful conduct.
5. "Bless us, oh Lord, indeed, and expand our territory." Grant us greater privacy and opportunities in music, dance, theater, visual, and culinary arts. . . help us aid disability, law and medicine. Make us an instrument of thy peace.
6. For such other and further relief as may be just and equitable.

Thank you all, for pages now we have worked, ceaselessly. Reading, counting, hoping... righting, in our salvation. Taking our body, our mind. . . be sure, our spirit ever unstained from the world. That, He loved so much. The generations to come will flourish and save her, the good fruits of our just works. Hold deeds and take action. Never forget… there is know truth without, Ruth. Pursue! It's not just us. We have formed our more perfect union. Keeping the Republic forever, indeed. God bless the perfect United States of America.  "Mercy, grace, peace and love be ours in abundance. To the One who is able to keep you from stumbling and to present you before the glorious presence without fault and with great joy-- to the only God our Savior be glory, majesty, power and authority, through Jesus Christ our Lord, before all ages, now and forevermore! Amen."

DATED: OCTOBER 14, 2020.  
11:40 P.M. EST Time Square, NYC

© All Rights Reserved.

*SUI JURIS*

_s/ _____  
JOHNNY ARCO